courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**Donald Gene PHILLIPS, Petitioner–Appellant,**

v.

**J.W. HUSKEY, Warden, et al., Respondents–Appellees.**

**No. 01–56776.**

**D.C. No. CV–01–03240–LGB.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Donald Gene Phillips appeals pro se the district court's dismissal of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see Miles v. Prunty*, 187 F.3d 1104, 1105 (9th Cir.1999), and we affirm.

We reject Phillips's contention that the district court erroneously dismissed his section 2254 petition for failure to exhaust state remedies. Phillips, in his section 2254 petition, raised four issues that were still pending in a state habeas proceeding. Accordingly, Phillips failed to show that he exhausted state remedies. *See Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983) (holding that when an appeal of a

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

state criminal conviction is pending, a would-be habeas petitioner must await the outcome of his appeal before his state remedies are exhausted).[1]

AFFIRMED.

1. All outstanding motions are denied.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.